**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 03-1764

———————————

GLENDORA,

                                            Plaintiff - Appellant,

      versus

DENNIS JACOBS; JOHN M. WALKER, JR.; ROSEANN B. MACKECHNE; BERNARD F. MADSEN, JR.; RALPH GARGULIO, Physician's Assistant; SUBHASH KULKARNI; HUDSON VALLEY EMERGENCY PHYSICIAN; LEROY PHILLIPS; ASHOK SHAH; ASGHAR ANWAR; HUDSON VALLEY CRITICAL CARE PHYSICIANS, PC; DIANE KANTAROS; JAMES SCADUTO; DANIEL CAPURRI; DANIEL M. PHILBIN; LAWRENCE S. SCHEK; KHURRZM I. ASHRAF; TACONIC CARDIOTHORACIC SURGEONS; PETER ZAKOW; HUDSON VALLEY UROLOGY; HUDSON VALLEY RADIOLOGY PC; BRYAN YEN; DONALD LIEN; MARK R. BRADY; BENJAMIN SECKLER; PHILIP AMATULLE; HENRY J. FISCHER, JR.; JOSEPH ANTONIO; JACK I. HENTZEL; GOLDSTEIN W. ZEV; VASSAR BROTHERS MEDICAL CENTER; NCO FINANCIAL SYSTEMS, INCORPORATED, f/k/a The Revenue Maximization Group, Incorporated; DANIEL P. SICCONE; PAUL LAPLANTE; REGGIE ANDERSON; DIANNE BENNETT; CHARLES F. DOLAN; JAMES L. DOLAN; MACK BUDILL; THOMAS GARGER; CHARLES A. FORMZ; CABLEVISION SYSTEMS CORPORATION; ROBERT CALLAWAY; SATTERLEE, STEPHENS, BURKE & BURKE; DEZNELL REECE TACHZ; PAUL J. KELLY, JR.; JUDICIAL COUNCIL; HARRIS I. HARTZ; PATRICK FISCHER; AUDREY WEIGEL; HUG; O'SCANLAIN; TASHIMA; CATHY CATTERSON; JEFF CROCKER; ROBERT W. DOYLE; ROBERT A. LIFSON; KENNETH W. RUDOLPH; NANCY SUNSHINE; WILLIAM W. WILKINS; BOYCE F. MARTIN; LAURI BZTTANANI; JAMES O. ROBBINS; COX COMMUNICATIONS, INCORPORATED; CAROL B. AMON; J. L. EDMONDSON; ROBERT E. GERBER; SHELLEY C. CHAPMAN; KAREN MURPHY,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-03-1166-MJG)

Submitted: August 14, 2003                Decided: August 20, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glendora, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glendora appeals the district court's order denying relief on her civil rights complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Glendora v. Jacobs, No. CA-03-1166-MJG (D. Md. Apr. 30, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED